In The United States District Court
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 1 9 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Ishag H. Majeed
Plaintiff

v.

Atlanta Veteran Affairs
Hospital/Medical Center; et al.,
Defendants

Civil Action No.
1:18-CV-1037

## Amendment of Plaintiff's Refiled Complaint For Medical Malpractice, Negligence Respondeat Superior and Damages

Comes now Plaintiff, Ishag Majeed, Pro se, and files this Amendment of Plaintiff's Refiled Complaint (Originally filed on 3/12/2018).

### Parties, Jurisdiction and Venue

John Doe 2 (hereinafter "Defendant" and believed to be Tracy E. McDougall) was the only male nurse providing direct care

to Plaintiff on 2/28/2014 at the Atlanta V.A. Hospital. He will be served as soon as his residence is revealed.

This Court has personal jurisdiction over this Defendant who is/was an employee of the U.S. Department of Veteran Affairs.

Plaintiff incorporates and alleges paragraphs (1) through (40) of the 3/12/2018 re-filed Complaint, as if fully set out herein.

41.

The Defendants neglect, omissions, carelessness, error in judgment contributed to a preventable second heart attack (See attached VA Form 21-4138, filed on 6/2/2014).

42.

The Defendants actions, negligence and malpractice caused permanent, debilitating damage to Plaintiff's heart.

## Prayer For Relief

Wherefore Plaintiff additionally prays as follows:

a) That Defendant be served with due process;

2

b) That judgment be entered against Defendants in the amount claimed by Plaintiff on 6/2/2014 filed VA Form 21-4138 (attached).

c) That Plaintiff has such other and further relief which this Court may deem just and proper.

Respectfully Submitted
Ishaq H. Majeed
Plaintiff, Pro se
555 McDaniel St., #4400
Atlanta, Georgia 30312
Phone: 404-914-3236

OMB Approved No. 2900-0075
Respondent Burden: 15 minutes

**Department of Veterans Affairs** | **STATEMENT IN SUPPORT OF CLAIM**

PRIVACY ACT INFORMATION: The law authorizes us to request the information we are asking you to provide on this form (38 U.S.C. 501(a) and (b)). The responses you submit are considered confidential (38 U.S.C. 5701). They may be disclosed outside the Department of Veterans Affairs (VA) only if the disclosure is authorized under the Privacy Act, including the routine uses identified in the VA system of records, 58VA21/22, Compensation, Pension, Education and Rehabilitation Records - VA, published in the Federal Register. The requested information is considered relevant and necessary to determine maximum benefits under the law. Information submitted is subject to verification through computer matching programs with other agencies.

RESPONDENT BURDEN: VA may not conduct or sponsor, and respondent is not required to respond to this collection of information unless it displays a valid OMB Control Number. Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have comments regarding this burden estimate or any other aspect of this collection of information, call 1-800-827-1000 for mailing information on where to send your comments.

FIRST NAME - MIDDLE NAME - LAST NAME OF VETERAN (Type or print): Ishaq H. Majeed

SOCIAL SECURITY NO.:

VA FILE NO.: C/CSS -

The following statement is made in connection with a claim for benefits in the case of the above-named veteran:

evening of 3/3/14. But, during my hospitalization at Emory, the Emory doctors kept asking if I was given a cup of medications before the first surgery. I did not recall or remember taking any and still don't recall or remember. They stated the "2nd heart attack" should not have occurred. After the 2nd heart attack, my heart had an EF of 40%. During my Emory hospitalization, a 3/2/14 ECHO showed extensive damage to my heart. See attached Discharge Summary from Emory Hospital.

At present, I take eight medicines daily, and one as needed for pain. I cannot work my usual job because of shortness of breath and weakness, lightheadedness and dizziness, after minimal physical exertion.

I am submitting this additional evidence after my "less clearly explained" 3/12/14 claim for heart attack was denied on 5/8/14.

I CERTIFY THAT the statements on this form are true and correct to the best of my knowledge and belief.

SIGNATURE: /s/ IH Majeed

DATE SIGNED: 6/2/2014

ADDRESS: 573-B Lawton Street, SW Atl., Ga. 30310

TELEPHONE NUMBERS (Include Area Code)
DAYTIME: 404-914-3236
EVENING:

PENALTY: The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false.

VA FORM 21-4138  EXISTING STOCKS OF VA FORM 21-4138, APR 1994, WILL BE USED

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

**1. Submit to Appropriate Federal Agency:**

**2. Name, address of claimant, and claimant's personal representative if any.** (See instructions on reverse). Number, Street, City, State and Zip code.

ISHAQ H. MAJEED, 1st
573-B Lawton Street, SW
Atlanta, Georgia 30310

**3. TYPE OF EMPLOYMENT:** ☐ MILITARY ☐ CIVILIAN

**4. DATE OF BIRTH:** /49

**5. MARITAL STATUS:**

**6. DATE AND DAY OF ACCIDENT:** 2/28/2014

**7. TIME (A.M. OR P.M.):** 6 AM ~ 6 PM

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

On the morning of 2/28/2014, I attended the ER at Atlanta VAMC for burning substernal chest pain. They diagnosed an active heart attack - but the VAMC heart team was not on duty. I was given sublingual nitroglycerines, morphine via IV(s) in both arms, and transferred to Emory Hospital immediately. At Emory I was taken to surgery immediately. After surgery - and with no further chest pains - I was transferred to the Emory CCU. (See "10" below)

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

About 6-7 hours after surgery, I began complaining to Emory's CCU nurses of increasing chest pains and nausea. Resulting EKG and labs showed critical active heart attack with "worsening ST elevations" and Troponin level >200 (Troponin level was 0.5 earlier). I was rushed to surgery again. After the second surgery, I was discharged the

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |

**12. AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights) |
|---|---|---|---|
| | $30,000,000.00 | | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

**13a. SIGNATURE OF CLAIMANT** (See instructions on reverse side).
*Ishaq H. Majeed*

**13b. PHONE NUMBER OF PERSON SIGNING FORM:**

**14. DATE OF SIGNATURE:**

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**

The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729).

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS**

Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.)

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046


DEFENDANT'S EXHIBIT 1

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

In The United States District Court
For The Northern District of Georgia
Atlanta Division

Ishag H. Majeed
Plaintiff

Civil Action No.
1 18-CV-1037

V.

Atlanta VA Hospital/Med Ctr;
et al.
Defendants

## Certificate of Service

This certifies I mailed a copy of Amendment of Plaintiff's Refiled Complaint for Medical Malpractice/Negligence, Respondeat Superior, and Damages to Defendants attorney addressed as follows:

United States
C/O U.S. District Attorney
75 Ted Turner Drive, SW
Suite 600
Atl., Ga. 30303

Ishag H. Majeed
Plaintiff, Pro se
404-904-3236